UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTWON FERRELL, | No. 2:18-cv-1229 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| J. YANOFSKI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis application or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate application in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00. Plaintiff has also failed to sign the complaint. He will therefore be provided with a copy of the signature page to sign and return to the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from service of this order, an application in

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00.

2. Within thirty days of service of this order, plaintiff shall sign and return a copy of the signature page of his complaint, thereby verifying that the contents of his complaint are true and correct.

3. Plaintiff's failure to comply with either part of this order will result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and a copy of page 11 of the complaint (ECF No. 1).

DATED: May 23, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE