UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON FERRELL,<br><br>            Plaintiff,<br><br>   v.<br><br>J. YANOFSKI et al.,<br><br>            Defendants. | No. 2:18-cv-1229-AC<br><br>ORDER |

By order filed May 24, 2018, plaintiff was directed to file a completed in forma pauperis application or pay the $400.00 in required fees. ECF No. 3. He was also ordered to provide a signed copy of the signature page of his complaint in order to verify its contents and was cautioned that failure to do either of these things would result in a recommendation that this action be dismissed. Id. The thirty-day period has now expired, and plaintiff has not responded to the court's order, filed the required documents, or paid the filing fee. Plaintiff will be given one final opportunity to comply with the May 24, 2018 order, and failure to do so will result in a recommendation that this action be dismissed without further warning.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the required filing fees.

////

1

2. Within twenty-one days of the service of this order, plaintiff shall sign and return a copy of the signature page of his complaint, thereby verifying that the contents of his complaint are true and correct.

3. Failure to comply with either part of this order will result in a recommendation that this action be dismissed without further warning.

DATED: July 9, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE