UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON FERRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. YANOFSKI, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-01229 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, failed to file a completed in forma pauperis application or alternatively pay the $400.00 in required fees when he filed his complaint. He also did not sign the complaint. ECF No. 1. On May 24, 2018, he was ordered to submit a completed application to proceed in forma pauperis or the required fees and to return a signed copy of the signature page of his complaint within thirty days. ECF No. 3. On July 9, 2018, after the thirty-day period passed without a response from plaintiff, he was given an additional twenty-one days to comply with the court's order or risk dismissal of the complaint. ECF No. 5. The court then received his motion for a fourteen-day extension of time to file an application to proceed in forma pauperis, dated July 1, 2018. ECF No. 6. The motion made no mention of the signed signature page of the complaint, which has not been returned. To date, plaintiff has yet to file an application to proceed in forma pauperis or a signed signature page. The court will grant plaintiff a final extension of time to comply with the May 24, 2018 order. However, further extensions

will not be granted absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted. No further extensions of time will be granted absent a showing of extraordinary circumstances.

2. Within thirty days of service of this order, plaintiff shall file an application in support of his request to proceed in forma pauperis on the form provided by the Clerk of the Court.

3. Within thirty days of service of this order, plaintiff shall sign and return a copy of the signature page of his complaint, thereby verifying that the contents of his complaint are true and correct.

4. Failure to comply with either part of this order will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner and a copy of page 11 of the complaint (ECF No. 1).

DATED: August 7, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE