UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWON FERRELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. JANOFSKI, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-1229 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, failed to file a completed in forma pauperis application or alternatively pay the $400.00 in required fees when he filed his complaint. He also did not sign the complaint. ECF No. 1. On May 24, 2018, he was given thirty days to submit a completed application to proceed in forma pauperis or the required fees and to return a signed copy of the signature page of his complaint. ECF No. 3. On July 9, 2018, after the thirty-day period passed without a response from plaintiff, he was given an additional twenty-one days to comply with the court's order or risk dismissal of the complaint. ECF No. 5. The court then received his motion for a fourteen-day extension of time to file an application to proceed in forma pauperis, dated July 1, 2018. ECF No. 6. The motion made no mention of the signed signature page of the complaint even though it had not been filed. Id. On August 7, 2018, the court granted plaintiff a final extension of time to comply with the May 24, 2018 order. ECF No. 7. In granting the extension, plaintiff was warned that further extensions would not be granted absent a

1

showing of extraordinary cause and that failure to comply would result in a recommendation that the case be dismissed. Plaintiff has once again failed to submit an application to proceed in forma pauperis, pay the filing fee, or return a signed signature page.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 25, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE